IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARILYN BAUGH, ) | | |
| on behalf of herself and a class, ) | | |
| ) | | |
| Plaintiff, ) | 1:12-CV-01465-RLY-TAB | |
| ) | | |
| v. ) | Chief Judge Young | |
| ) | Magistrate Judge Baker | |
| ICON EQUITIES, LLC, and ) | | |
| VIKING CLIENT SERVICES, INC., ) | | |
| ) | | |
| Defendants. ) | | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of plaintiff Marilyn Baugh's individual claims against defendants Icon Equities, LLC and Viking Client Services, Inc. with prejudice and without costs.  The putative class claims against defendants Icon Equities, LLC and Viking Client Services, Inc. are dismissed without prejudice and without costs.

  s/ Heather Kolbus  
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Counsel for Plaintiffs and Claimants*

  s/ Peter A. Velde (w/ permission)  
Peter A. Velde
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania St.
Indianapolis, IN 46204
(317) 638-4521
(317) 636-5917 (FAX)
*Counsel for Viking Client Services, Inc.*

  s/ Thomas A. Carton (w/ permission)  
Thomas A. Carton
BULLARO & CARTON, P.C.
9013 Indianapolis Blvd.
Highland, IN 46322

          (219) 838-4840  
          (312) 831-0647 (FAX)  
          *Counsel for Icon Equities, LLC*

          s/ Michael S. Poncin (w/ permission)  
          Michael S. Poncin  
          John K. Rossman  
          MOSS & BARNETT, P.A.  
          4800 Wells Fargo Center  
          90 South Seventh Street  
          Minneapolis, MN 55402  
          (612) 877-5290  
          (612) 877-5999 (FAX)  
          *Counsel for Icon Equities, LLC*

**CERTIFICATE OF SERVICE**

  I, Heather Kolbus, an attorney, certify that on September 9, 2013, I caused the foregoing document to be filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to the following persons by the Court's CM/ECF system.

Counsel for Defendant Viking Client Services, Inc.:

  Peter A. Velde (*pvelde@k-glaw.com*)
  Kightlinger & Gray, LLP
  One Indiana Square, Suite 300
  211 North Pennsylvania Street
  Indianapolis, IN 46204


Counsel for Defendant Icon Equities, LLC:

  Thomas A. Carton (*tcarton@bullarocarton.com*)
  Bullaro & Carton, P.C.
  9013 Indianapolis Blvd.
  Highland, IN 46322

  Michael S. Poncin (*PoncinM@moss-barnett.com*)
  John K. Rossman (*RossmanJ@moss-barnett.com*)
  Moss & Barnett, P.A.
  4800 Wells Fargo Center
  90 South Seventh Street
  Minneapolis, MN 55402